# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAULA PROPPS, as Guardian of A.P., | 2:13-cv-0662-LDG-NJK |
| Plaintiff, | ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On June 12, 2014, the magistrate judge issued a report and recommendation that plaintiff's motion to remand (#14) be denied, and that defendant's cross-motion to affirm (#18) be granted. The court has reviewed the report and recommendation and finds it to be comprehensive and meritorious. In addition, plaintiff has not filed any objection to the report and recommendation. Accordingly,

THE COURT HEREBY ORDERS that the report and recommendation (#24) is ADOPTED.

THE COURT FURTHER ORDERS that plaintiff's motion to remand (#14) is DENIED, and that defendant's cross-motion to affirm (#18) is GRANTED.

DATED this ___ day of March, 2016.

_____
Lloyd D. George
United States District Judge